**Order entered November 27, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-01161-CV
No. 05-18-01162-CV
No. 05-18-01163-CV
No. 05-18-01164-CV
No. 05-18-01165-CV
No. 05-18-01166-CV
No. 05-18-01167-CV

## IN THE INTEREST OF E.M., ET AL., CHILDREN

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. DF-03-00170-R, DF-16-27206-R, DF-17-15414-R,**
**DF-16-27181-U, DF-16-27204-U, DF-16-02192-U, and DF-10-13428-Y**

## ORDER

On November 5, 2018, we granted, at the request of court reporter Janet Saavedra, a ten-day extension to file the reporter's record. To date, the record has not been filed.

Because this is an accelerated appeal from a decree of termination and the appeal cannot proceed without the record, we **ORDER** Ms. Saavedra to file the record no later than December 4, 2018. If necessary, the trial court must arrange for a substitute reporter to ensure the record is filed. *See* TEX. R. APP. P. 28.4(b)(1).

We **DIRECT** the Clerk of the Court to send a copy of this order to the 254th Judicial District Court; Ms. Saavedra; and, the parties.

/s/      DAVID EVANS
         JUSTICE